IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN ALTERNATIVE INSURANCE
CORPORATION,

      Plaintiff,

v.                                          CV 16-214 KK/WPL

ROTHSTEIN, DONATELLI, HUGHES,
DAHLSTROM, SCHOENBURG &
BIENVENUE, LLP; and APRIL OLSON,

      Defendants.

**ORDER TO SHOW CAUSE**

This matter is before the Court *sua sponte*. Judge Khalsa previously entered an Order to Show Cause for lack of service under Federal Rule of Civil Procedure 4(m) on June 21, 2016, directing Plaintiff to effect service or show cause in writing why service has not been effected. (Doc. 3.) Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. . . .

On July 1, 2016, Plaintiff filed a response to Judge Khalsa's Order indicating that the parties had settled their dispute but need to time to work out the details, and requested until August 1, 2016, to either complete service or voluntarily dismiss the case. (Doc. 4.)

The Plaintiff's self-imposed deadline of August 1, 2016, has come and gone.

IT IS THEREFORE ORDERED that, no later than **August 9, 2016**, Plaintiff must either effect service or provide the Court with a written explanation why service has not been effected.

**If Plaintiff fails to respond within the time allotted, this action will be dismissed without prejudice.**

_____
William P. Lynch
United States Magistrate Judge