IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMERICAN ALTERNATIVE INSURANCE
CORPORATION,

        Plaintiff,

vs.                              No. 1:16-cv-00214 KK/WPL

ROTHSTEIN, DONATELLI, HUGHES,
DAHLSTROM, SCHOENBURG &
BIENVENU, LLP, AND APRIL OLSON,

        Defendants.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff American Alternative Insurance Corporation, by and through its attorneys, Allen, Shepherd, Lewis & Syra, P.A., hereby submits this Notice of Dismissal Without Prejudice and hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i).

        Respectfully Submitted,

        ALLEN, SHEPHERD, LEWIS & SYRA, P.A.

        By:   */s/ Brant L. Lillywhite*
                Brant L. Lillywhite, Of Counsel
                P.O. Box 94750
                Albuquerque, NM 87199-4750
                505-341-0110
                blillywhite@allenlawnm.com
                *Attorneys for Plaintiff*